JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Orogem Corp., | ) | Case No. **CV 9-9014-JFW (SHx)** |
| | ) | |
| Plaintiff, | ) | **ORDER DISMISSING CIVIL ACTION** |
| | ) | |
| v. | ) | |
| | ) | |
| De Beers Societe Anonyme, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown by January 28, 2011, to re-open the action if settlement is not consummated. During this period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1        In the event a motion or *ex parte* application to re-open

2   is not filed by January 28, 2011, the dismissal of this

3   action will be with prejudice.

4

5   Dated: January 4, 2011

                                                        JOHN F. WALTER
6                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28